FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 23 2014

JAMES N. HATTEN, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT GENOVA ) | |
| ) | Civil Action |
| Plaintiff, ) | No. 1:14-cv-2542-ODE |
| v. ) | |
| ) | |
| TGR CONSTRUCTION, INC. ) | |
| ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## CONSENT ORDER

Having considered the parties' joint motion, it is ORDERED as follows:

The parties' settlement of Plaintiff's claims against Defendant in this civil action is hereby approved; Plaintiff's Complaint, and all claims made therein, is hereby dismissed with prejudice, and this civil action is hereby terminated. The Court shall retain jurisdiction over the action to enforce the terms of the settlement.

SO ORDERED this 22 day of September, 2014.

ORINDA EVANS
UNITED STATES DISTRICT COURT JUDGE