UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT GENOVA,<br><br>   Plaintiff(s),<br><br>vs.<br><br>TGR CONSTRUCTION, INC.,<br><br>   Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:14-cv-2542-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the Plaintiff's Motion to Enforce Settlement and for attorney's fees. The request for attorney's fees was withdrawn on 09/08/15. The Court grants Plaintiff's Motion to Enforce Settlement and it is

**Ordered and Adjudged** that Plaintiff, Robert Genova have judgment entered against Defendant, TGR Construction, Inc. in the amount of $3,857.15 and the above-styled matter is **DISMISSED**.

Dated at Atlanta, Georgia, this 10th day of September, 2015.

                JAMES N. HATTEN
                CLERK OF COURT


             By: s/Frances K. Pinckney
                Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 10, 2015
James N. Hatten
Clerk of Court

By: s/Frances K. Pinckney
   Deputy Clerk